IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | CRIMINAL NO. 3:10-791-CMC |
| v. | **OPINION and ORDER** |
| Travis Lee Holder, | |
| Defendant. | |

This matter is before the court on Defendant's motion requesting termination of probation. ECF No. 29. Neither the Assistant United States Attorney nor the United States Probation Office oppose Defendant's motion.

Title 18 United States Code Section 3564(c) provides that

> The court, after considering the factors set forth in section 3553(a) to the extent they are applicable, may . . . terminate a term of probation previously ordered and discharge the defendant at any time . . . after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Considerations contained in § 3553 include, *inter alia*, the nature and circumstances of the offense and the history and characteristics of the defendant; the ability to afford adequate deterrence to criminal conduct; the need to protect the public from further crimes of the defendant; and the need to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. § 3553.

Defendant was informed at sentencing by the undersigned that termination of probation would be considered after Defendant successfully completed at least two (2) years of the five (5) year probationary sentence. Defendant has been compliant with all terms of his probation, including payment of the full amount of the restitution ordered at sentencing. Therefore, Defendant's request for termination of probation is **granted**.

1

2

**IT IS SO ORDERED.**

        s/ Cameron McGowan Currie
        CAMERON McGOWAN CURRIE
        UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 30, 2013